IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00347-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JON CARL ANDERHUB,

   Defendant.

---

## MOTION TO RESTRICT

---

   Defendant, Jon Carl Anderhub, by and through undersigned counsel, David Kraut, hereby

respectfully moves the Court to restrict Docket Numbers 30 and 31 at level two restriction.

         Respectfully submitted,

         VIRGINIA L. GRADY
         Federal Public Defender


         *s/ David Kraut*
         DAVID KRAUT
         Assistant Federal Public Defender
         633 17th Street, Suite 1000
         Denver, CO  80202
         Telephone: (303) 294-7002
         FAX: (303) 294-1192
         Email: David_Kraut@fd.org
         Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2026, I filed the foregoing ***Motion to Restrict*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jessica L. Urban, Assistant United States Attorney
Email:  jessica.urban@usdoj.gov

Melissa Hindman, Assistant United States Attorney
Email: melissa.hindman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jon Carl Anderhub (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant