IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No.:  25-cr-00347-PAB          Date:  April 30, 2026
Courtroom Deputy:  Sabrina Grimm          Court Reporter:  Sarah Mitchell

_Parties:_                                                    _Counsel:_

UNITED STATES OF AMERICA,                     Jessica Urban
                                                              Melissa Hindman

     Plaintiff,

v.

1.   JON CARL ANDERHUB,                          David Kraut

     Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Appearances of counsel.  Defendant is present in custody.

Present and seated at government's counsel table is Special Agent Tory Smith.

**Defendant's Exhibits A – K are admitted.**
**Government's Exhibits 1 – 3 are admitted.**

Argument by Mr. Kraut and Ms. Urban.

**3:24 p.m.      Court in recess.**
**3:41 p.m.      Court in session.**

Rebuttal argument by Mr. Kraut.

Court states its findings of fact and conclusions of law.

**ORDERED:**  Motion [30] is DENIED.

**ORDERED:**  The Defendant is remanded to the custody of the U. S. Marshal.

**4:33 p.m.      Court in recess.**

Hearing concluded.
Total time in court:    2:43