IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00347-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JON CARL ANDERHUB,

Defendant.

---

**MOTION TO WITHDRAW AND
REQUEST FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

---

The Office of the Federal Public Defender, through undersigned counsel, David Kraut, hereby respectfully moves to withdraw from representation of Mr. Anderhub. In addition, Mr. Anderhub requests appointment of substitute counsel from the Criminal Justice Act ("CJA") panel.

Colorado Rule of Professional Conduct ("CRPC") 1.16 mandates withdrawal from representation with leave of the court for certain enumerated reasons. Rule 1.16(a)(3) states "a lawyer…shall withdraw from the representation of a client if…the lawyer is discharged." Application note 4 to that Rule allows for a "client to discharge a lawyer at any time, with or without cause." Mr. Anderhub seeks to discharge undersigned counsel and to be represented by a lawyer from the CJA panel.

Appointment of CJA counsel at this stage of the case is appropriate, as Mr. Anderhub remains incarcerated and indigent and continues to be entitled to appointed counsel in this matter.

If the Court elects to conduct a hearing on this motion to withdraw and/or Mr. Anderhub's request for substitute counsel, undersigned counsel respectfully requests such a hearing occur as soon as possible to minimize the delay created by these requests.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David Kraut
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I filed the foregoing ***Motion to Withdraw and Request for Appointment of Substitute Counsel*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jessica L. Urban, Assistant United States Attorney
Email:  jessica.urban@usdoj.gov

Melissa Hindman, Assistant United States Attorney
Email: melissa.hindman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jon Carl Anderhub (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant